UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-CR-20349 RAR

UNITED STATES OF AMERICA,
　　　　Plaintiff,

v.                                                    **WAIVER**

Stanly Michel
　　　　Defendant.
_____/

I, Stanley Michel, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to a Speedy arraignment.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on 9/8/23, my right to a speedy arraignment.

DATED: 9/8/23

_____
Defendant

_____
Counsel for Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to Speedy Arraignment.

DATED this 8th day of September, 2023, at Miami, Dade Florida, Southern District of Florida.

TAPE NO.:
JG - 13:32:58; 13:53:11;
　　　13:55:35

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

c: AUSA, Defense Counsel, Probation, U.S. Marshal